IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIAN MOFFAT PRIVATE DATA LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>MEGA LIMITED,<br><br>   *Defendant.* | Case No. 2:25-cv-00315-JRG<br>(lead case) |
| BRIAN MOFFAT PRIVATE DATA LLC,<br><br>   *Plaintiff,*<br><br>V.<br><br>TRESORIT AG,<br><br>   *Defendant.* | Case No. 2:25-cv-00316-JRG<br>(member case)<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH INVALIDITY AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

    Before the Court is Defendant Tresorit AG's ("Tresorit") Unopposed Motion for Extension of Time to Comply with Invalidity and Subject-Matter Eligibility Contentions ("Motion"). In the Motion, Tresorit requests an extension of time for Tresorit to comply with Local Patent Rules 3-3 and 3-4 (Invalidity Contentions) and the Court's Standing Order Regarding Subject-Matter Eligibility from January 9, 2026, up to and including February 9, 2026. Tresorit's Motion is unopposed.

    Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the deadline for Tresorit to comply with Local Patent Rules 3-3 and 3-4 (Invalidity Contentions) and the Court's Standing Order Regarding Subject-Matter Eligibility is extended from January 9, 2026 up to and including February 9, 2026.

**So ORDERED and SIGNED this __th day of _____, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE