IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIAN MOFFAT PRIVATE DATA LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>MEGA LIMITED,<br><br>   *Defendant.* | Case No. 2:25-cv-00315-JRG<br>(lead case) |
| BRIAN MOFFAT PRIVATE DATA LLC,<br><br>   *Plaintiff,*<br><br>V.<br><br>TRESORIT AG,<br><br>   *Defendant.* | Case No. 2:25-cv-00316-JRG<br>(member case)<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY
WITH INVALIDITY AND SUBJECT-MATTER ELIGIBILITY
CONTENTIONS**

Defendant Tresorit AG ("Tresorit") respectfully requests an extension of time for Tresorit to comply with Local Patent Rules 3-3 and 3-4 (Invalidity Contentions) and the Court's Standing Order Regarding Subject-Matter Eligibility from February 9, 2026 up to and including March 9, 2026. Counsel for Plaintiff Brian Moffat Private Data LLC ("BMPD") does not oppose the relief requested herein. This Tresorit's fourth unopposed request for extension.

The parties have continued to engage in settlement discussions, which the parties believe will resolve the case imminently. The parties believe that settlement would be facilitated by the above-requested extension of time for Tresorit to serve its subject-matter eligibility contentions, invalidity contentions, and accompanying documentation required by P.R. 3-3 and 3-4. Tresorit does not file this Motion for the purpose of delay but rather so that justice may be served.

Accordingly, Tresorit respectfully requests that the Court extend the time in which Tresorit

must comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and the Standing Order Regarding Subject-Matter Eligibility Contentions up to and including March 9, 2026.

DATED: February 9, 2026

    Respectfully submitted,

    Greenberg Traurig, LLP

    BY: */s/ Kathryn E. Albanese*

        Jeffrey P. Dunning
        Matthew J. Levinstein
        360 North Green Street, Suite 1300
        Chicago, Illinois 60607
        312.456.8400

        Kathryn E. Albanese
        One Vanderbilt Avenue
        New York, NY 10017
        212.801.9200

    *Attorneys for Defendant Tresorit AG*

## CERTIFICATE OF SERVICE

I certify that, on February 9, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kathryn E. Albanese*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Kathryn E. Albanese*