UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Brian Moffat Private Data LLC § § § | | |
| v. § § | Case No. 2:25-cv-315-JRG-RSP | |
| Mega Limited § § | LEAD CASE | |

| | | |
|---|---|---|
| Brian Moffat Private Data LLC § § § | | |
| v. § § | Case No. 2:25-cv-316-JRG-RSP | |
| Tresorit AG § § | MEMBER CASE | |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Brian Moffat Private Data LLC respectfully notifies the Court that Plaintiff and Defendant Tresorit AG have reached a settlement in principle. The Parties, however, require additional time to finalize the agreement and corresponding settlement documents.

The Parties, therefore, respectfully request that the Court stay all pending deadlines for twenty-one (21) days, while the Parties work to finalize their resolution of this lawsuit, including the submission of a Notice of Dismissal. The requested stay is not for delay, but to allow for continued efforts toward an orderly resolution of this lawsuit.

Plaintiff has conferred with counsel for Defendant and Defendant does not oppose the present motion.

Dated: February 24, 2026

Respectfully submitted,

/s/ Christopher A. Honea
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *Christopher A. Honea*
Christopher A. Honea

### CERTIFICATE OF GOOD FAITH CONFERENCE

Plaintiff has conferred with counsel for Defendant and Defendant does not oppose the present motion.

/s/ *Christopher A. Honea*
Christopher A. Honea